July 7, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

KAREN KRISTINE SILVIO, Appellant

NO. 14-16-00252-CV                 V.

THE WINDSOR AUCTION COMPANY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 2, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Karen Kristine Silvio.

We further order this decision certified below for observance.